UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVON LEON FREEMAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>C. CALDERON, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-06142-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED with prejudice. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: 5/1/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge